# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**V.**                          **CASE NO. 5:18-CR-50011**

**CARLOS PACHECO**                                             **DEFENDANT**

## ORDER OF MISTRIAL

On the 7th day of August, 2018, this matter came on for trial to a duly selected jury consisting of twelve members and one alternate. The case continued through August 9, 2018, on which date it was submitted to the jury. After many hours of deliberations, the jury advised the Court it was deadlocked on all Counts and could not unanimously agree to a verdict. In accordance with Fed. R. Crim. P. 26.3, the parties were consulted and agreed that declaration of a mistrial was appropriate. The Court then declared a mistrial in open court.

In consideration of the above, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a mistrial is hereby declared as to Defendant Carlos Pacheco with respect to Counts One, Two, and Three of the Indictment (Doc. 1). In accordance with 18 U.S.C. § 3161(e), a new trial shall be set by separate order, to commence within 70 days. Should the Government determine it does not desire a retrial in this matter, it is directed to promptly notify the Court and defense counsel.

**IT IS SO ORDERED** on this 10th day of August, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE